THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK COTTON and Others, Respondents, v. JOHN P. LEO and Others, Constituting the Board of

Appeals of the City of New York, Appellants, and POHL-ABBOTT CONSTRUC-
TION COMPANY, Intervenor, Appellant.—As the action of the board was
quasi-judicial, we think that the order should be modified by striking out
the provision as to costs, and as so modified affirmed, without costs. No
opinion.    Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.